JOHN SZENTE, Respondent, v. YOLAN O. SZENTE, Appellant.— Order confirming the report of an official referee and awarding custody of a child to its father, with the right of visitation and partial custody to the mother, affirmed, without costs. Order denying appellant's motion to " open up " the decree of divorce and for leave to interpose an answer to the complaint, affirmed, without costs. No opinion. Close, P. J., Carswell, Adel and Lewis, JJ., concur; Aldrich, J., not voting.

## (January 4, 1945.)

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term denying defendant's motion to dismiss the complaint under rule 107 of the Rules of Civil Practice properly made? Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *ante,* p. 998.]

## (January 8, 1945.)

BRYNDUN CORPORATION, Respondent, v. JOSEPH PAPA, Doing Business under the Name of ALPHA PAPER BOX CO., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

CARRIE MANAGEMENT CORP., Respondent, v. NORMAN BERMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

HOME OWNERS' LOAN CORPORATION, Respondent, v. ELINOR H. M. PANZER et al., Appellants, et al., Defendants.— (Motions Nos. 5, 6 and 7.) Motions to dismiss appeals granted, with ten dollars costs, and appeals dismissed, without costs. (Motion No. 44.) In view of the decision in *Home Owners' Loan Corporation* v. *Panzer* (Motions Nos. 5, 6 and 7, decided herewith), the motion to consolidate the appeals is denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See 269 App. Div. 669.]

In the Matter of JOSEPH RUSSO, Respondent, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 990.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

JOHN-FREDERICS, INC., Appellant, et al., Plaintiffs, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE CO., Respondent. LILY DACHE et al., Appellants-Respondents, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE CO., Respondent-Appellant.— Motion to set aside orders of this court dismissing the appeals herein and to restore the appeals to the calendar granted and appeals ordered to be placed on the February term calendar. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

MOLLIE LITZMAN, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of THOMAS D. HURST, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.